IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALLACE SALERY, #09373-002,       ) | |
| ) | |
| Petitioner,       ) | |
| ) | |
| v.       ) | CIVIL ACTION NO.  2:13cv519-WHA |
| ) | |
| JOHN RATHMAN, WARDEN, FPC       ) | (WO) |
| TALLADEGA,       ) | |
| ) | |
| Respondent.       ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4), entered on August 6, 2013, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404(a).

DONE this 27th day of August, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE